| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Cooke, Valerie P. | 2. Court or Organization U.S. District Court - Nevada | 3. Date of Report 12/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Magistrate Judge - Full Time | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Bruce Thompson Federal Building
400 S. Virginia St. #404
Reno, NV 89501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 12/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Public Employees Retirement System of Nevada - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 12/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank - Complete Advantage Checking | A | Interest | K | T | | | | | |
| 2. Wells Fargo Bank - PMA Prime Checking Account | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank - College Checking | | None | J | T | | | | | |
| 4. Wells Fargo Bank - High Yield Savings | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank - Goal Savings | A | Interest | J | T | | | | | |
| 6. RBC IRA (H) | | | | | | | | | |
| 7. -RBC Bank Deposit Program | A | Interest | L | T | | | | | |
| 8. -AT&T Inc | A | Dividend | J | T | Sold (part) | 02/09/16 | J | A | |
| 9. -BJ's Restaurants Inc | | None | J | T | | | | | |
| 10. -Edwards Lifesciences Corp | | None | | | Sold (part) | 02/09/16 | J | B | |
| 11. | | | | | Sold | 03/21/16 | J | C | |
| 12. -Ford Motor Co | A | Dividend | J | T | | | | | |
| 13. -Intel Corp | A | Dividend | J | T | | | | | |
| 14. -Zoetis Inc | A | Dividend | J | T | | | | | |
| 15. -Henderson Global Fds European Focus Fd | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |
| 16. -Royal Dutch Shell Plc | A | Dividend | J | T | | | | | |
| 17. -RWE AG Sponsored ADR | | None | J | T | Buy | 07/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 12/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Savanna Energy Services Corp | | None | J | T | | | | | |
| 19. -Vanguard Intl Equity Index Fd | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 20. -Index Plus Trust Certif Ser 2003-1 | B | Interest | K | T | | | | | |
| 21. -Nuveen Build America Bond Fund | A | Dividend | | | Sold | 03/21/16 | J | A | |
| 22. -Ally Bk Midvale Utah CD | A | Interest | | | Redeemed | 03/24/16 | L | | |
| 23. -Legacy Texas Bank Plano CD | A | Interest | | | Buy | 03/28/16 | L | | |
| 24. -Legacy Texas Bank Plano CD | | | | | Redeemed | 06/30/16 | L | | |
| 25. -Atlantic Coast Fed GA CD | A | Interest | | | Buy | 06/30/16 | L | | |
| 26. -Atlantic Coast Fed GA CD | | | | | Redeemed | 10/13/16 | L | | |
| 27. -Southeast Bank Athens Tenn CD | | None | L | T | Buy | 10/13/16 | L | | |
| 28. -Vaneck Vectors ETF Trst Gold Minters ETF | | | | | Sold (part) | 07/01/16 | J | B | |
| 29. -Vaneck Vectors ETF Trst Gold Minters ETF | A | Dividend | J | T | Sold (part) | 11/01/16 | J | B | |
| 30. Residential Lot, Elko, NV | | None | J | W | | | | | |
| 31. Commercial Rental, Reno, Washoe Cnty, NV - 50% interest | A | Rent | N | U | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 12/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 1: Name change, formerly Wells Fargo Checking.

VII Lines 2-5: Formerly all were incorporated as part of the Wells Fargo Bank PMA Account.

VII Line 7: With no direction from the filer the brokerage firm made a business decision to change the identity of the fund "Money Mkt Obligs Tr Federated Treas obligs Fd" and exchange it for "RBC Bank Deposit Program".
'       It is described as a FUND EXCHANGE, with no reportable sale or purchase transactions listed.

VII Line 28-29: Name change, formerly Market Vectors ETF Trust Gold Miners ETF.

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 12/11/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Valerie P. Cooke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544